**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CRIMINAL NO. 07-30143-GPM |
| | ) |
| **JUSTIN KRIVI, a/k/a Justin Wheeler,** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Justin Krivi *is* Justin Wheeler; he is the same person (*see, e.g.,* Doc. 163 at ¶¶ 55, 59; Doc. 169). Nonetheless, Krivi, as "Justin Wheeler," has filed 10 documents contesting the Government's motion for an order finding no third-party interests – 7 of which are motions asking for outlandish relief. All of Krivi's motions – specifically, for return of property (Doc. 174); for proof of claim (Doc. 178); for copies (Docs. 179, 185, 186); for default (Doc. 182); and for discharge of indictment and superseding indictment (Doc. 184) – are **DENIED**. Because such frivolous filings are an abuse of judicial resources, the Clerk of Court is **DIRECTED** to return unfiled any additional papers submitted by Justin Krivi, a/k/a Justin Wheeler, with two exceptions: any notice of appeal or motion for relief under 28 U.S.C. § 2255 shall be accepted and filed.

Because Justin Wheeler *is* Justin Krivi, he cannot file a third-party claim in this criminal forfeiture proceeding. *See* 21 U.S.C. § 853(n)(2). Accordingly, the Government's motion for a finding of no third-party interests (Doc. 173) is **GRANTED**; the Court will issue separately a Final

Order of Forfeiture.

    **IT IS SO ORDERED.**

    DATED:  05/19/10

                                        s/ *G. Patrick Murphy*
                                        G. PATRICK MURPHY
                                        United States District Judge